UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

JAMES MCDONALD,

                                            Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                                            Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

11 CV 0713 (KAM) (RER)

DOCKET & FILE

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed with prejudice.

Dated:  New York, New York
             June 6, 2012

| | |
|---|---|
| AFSAAN SALEEM, ESQ.<br>*Attorney for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, New York  10007 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-172<br>New York, New York 10007 |
| By: _____/s/_____ 6/11/12<br>      Afsaan Saleem, Esq. | By: ___Elizabeth Krasnow___<br>      Elizabeth N. Krasnow |

s/KAM

SO ORDERED:   _____   6/13/2012
                        HON. KIYO A. MATSUMOTO, U.S.D.J.